No. 77–6374. GOMEZ-SILVA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6383. BASILE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6397. YOUNG, AKA CLOUDY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–6411. SHRADER *v.* MITCHELL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 77–6421. SEK *v.* BETHLEHEM STEEL CORP. C. A. 3d Cir. Certiorari denied.

No. 77–6422. MUNCASTER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 77–6423. HINTZ *v.* ALASKA ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 77–6445. O'NEAL *v.* GRIFFIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–6467. GROOMES *v.* WHITNER ET AL. Ct. App. Ga. Certiorari denied.

No. 77–6472. BRAKE *v.* ADAMS ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–6474. SMITH *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 77–6475. MARSHALL *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 77–6478. HARDIN *v.* EVANS, SHERIFF. C. A. 5th Cir. Certiorari denied.

No. 77–6481. SATTERFIELD *v.* MITCHELL, WARDEN. C. A. 4th Cir. Certiorari denied.